**No. 40645.**—Protest 871605–G of A. & W. Fenton Co. (Cleveland).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of paper masks. The claim at 25 percent under paragraph 1403 was therefore sustained.

**No. 40646.**—Protests 866787–G, etc., of Artmart Linen Co., Inc. (New York).

Opinion by KINCHELOE, J. On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protests were sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 15, 1939

**No. 40647.**—Protest 953125–G of Seagram Distillers Corp. (Los Angeles).

Opinion by CLINE, J. There was no appearance when the case was called for trial. On the record presented the protest was overruled.

**No. 40648.**—Protest 959224–G of Ovington Bros. Co. (New York).

Opinion by CLINE, J. The plaintiff submitted the protest without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.

**No. 40649.**—Protest 964811–G of C. M. Van Sillevoldt, Inc. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claims made. On the record presented the protest was overruled.